UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| THACKER, CAROLYN ELAINE | § | Case No. 13-20585 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

         CLERK OF THE COURT
         219 S. Dearborn
         Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/10/2014 in Courtroom ,

         Joliet City Hall
         150 West Jefferson, 2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/21/2013           By: /s/ Michael G. Berland
                                                                                               Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
THACKER, CAROLYN ELAINE § Case No. 13-20585
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 190,000.00 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 190,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,859.06 | $ 0.00 | $ 6,859.06 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,859.06 |
| Remaining Balance | | | $ 183,140.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,270.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 2,019.09 | $ 0.00 | $ 2,019.09 |
| 000002 | Atlas Acquisitions LLC (General Electric Capit) | $ 174.69 | $ 0.00 | $ 174.69 |
| 000003 | EARTHMOVER CREDIT UNION | $ 482.03 | $ 0.00 | $ 482.03 |
| 000004A | Earthmover Credit Union | $ 46,843.90 | $ 0.00 | $ 46,843.90 |
| 000005 | AmeriCredit Financial Services, Inc. | $ 12,791.59 | $ 0.00 | $ 12,791.59 |
| 000006 | WORLD ACCEPTANCE CORPORATION | $ 1,716.69 | $ 0.00 | $ 1,716.69 |
| 000007 | Rjm Acquisitions Funding Llc | $ 74.20 | $ 0.00 | $ 74.20 |
| 000008 | Capital Recovery V, LLC | $ 1,168.34 | $ 0.00 | $ 1,168.34 |

Total to be paid to timely general unsecured creditors     $     65,270.53

Remaining Balance     $     117,870.41

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 51.54 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 117,818.87 .

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-20585-BWB
Carolyn Elaine Thacker                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley             Page 1 of 2           Date Rcvd: Nov 22, 2013
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2013.
```
db         #+Carolyn Elaine Thacker,   115 Colonial Parkway Unit B,   Yorkville, IL 60560-1787
20789701   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   dba GM Financial,
               PO Box 183853,   Arlington, Texas  76096)
20534602   +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,   Arlington, TX 76096-3853
20752953   +Atlas Acquisitions LLC (General Electric Capit),   294 Union St.,   Hackensack, NJ 07601-4303
20488115   +EARTHMOVER CREDIT UNION,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
20488116   +GM FINANCIAL,   PO BOX 183834,   ARLINGTON, TX 76096-3834
20488117   +IGW FINANCING SOLUTIONS,   C/O JOSEPH, MANN & CREED,   20600 CHAGRIN BLVD., SUITE 50,
             SHAKER HEIGHTS, OH 44122-5327
20488118    JOSEPH, MANN & CREED,   PO BOX 22253,   BEACHWOOD, OH 44122-0253
20488120   +PERSONAL FINANCE COMPANY LLC,   1165 OAK ST., #5,   NORTH AURORA, IL 60542-2061
20488121   +SORMAN & FRANKEL, LTD.,   COUNSELORS AT LAW,   180 NORTH LASALLE ST, SUITE 2700,
             CHICAGO, IL 60601-2709
20488122   +T-MOBILE,   C/O MIDLAND CREDIT MANAGEMENT, INC.,   FBCS SERVICES,   2200 BYBERRY RD., SUITE 120,
             HATBORO, PA 19040-3797
20488123    T-MOBILE,   C/O MIDLAND CREDIT MANAGEMENT, INC.,   PO BOX 792,   FORT MILL, SC 29716-0792
20488124    VISION FINANCE CORP,   PO BOX 460260,   ST. LOUIS, MO 63146-7260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20488114    E-mail/Text: ally@ebn.phinsolutions.com Nov 23 2013 00:43:29    ALLY FINANCIAL,
             PAYMENT PROCESSING CENTER,   PO BOX 9001951,   LOUISVILLE, KY 40290-1951
20488113   +E-mail/Text: ally@ebn.phinsolutions.com Nov 23 2013 00:43:29    ALLY FINANCIAL,
             P.O. BOX 380901,   BLOOMINGTON, MN 55438-0901
20750154    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2013 00:50:52
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
20542413   +E-mail/Text: bnc@atlasacq.com Nov 23 2013 00:43:34     Atlas Acquisitions LLC,   Attn: Avi Schild,
             294 Union St.,   Hackensack, NJ 07601-4303
20988464    E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2013 00:50:04     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20963776    E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2013 00:47:52     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
20789488   +E-mail/Text: jrvoiland@sbcglobal.net Nov 23 2013 00:44:51     Earthmover Credit Union,
             c/o Joseph R. Voiland,   1625 Wing Rd.,   Yorkville, IL 60560-9263
20488119   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2013 00:44:17    MCM,   DEPT 12421,   PO BOX 603,
             OAKS, PA 19456-0603
20874085   +E-mail/Text: rjm@ebn.phinsolutions.com Nov 23 2013 00:44:01    Rjm Acquisitions Funding Llc,
             575 Underhill Blvd, Suite 224,   Syosset, NY 11791-4437
20488125   +E-mail/PDF: bk@worldacceptance.com Nov 23 2013 00:47:10     WORLD ACCEPTANCE CORPORATION,
             1591 SYCAMORE RD.,   YORKVILLE, IL 60560-1952
                                                                                              TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2013                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: lhuley              Page 2 of 2              Date Rcvd: Nov 22, 2013
                             Form ID: pdf006           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2013 at the address(es) listed below:
              David J Frankel    on behalf of Creditor    AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial
               dfrankel@sormanfrankel.com,   bbehanna@sormanfrankel.com
              James M Durkee    on behalf of Debtor Carolyn Elaine Thacker jimdurkee@mglawoffices.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```