UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
THACKER, CAROLYN ELAINE § Case No. 13-20585
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $               (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER <br>    ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on                  . The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/MICHAEL G. BERLAND_____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CAROLYN ELAINE THACKER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ALLY FINANCIAL PAYMENT PROCESSING CENTER PO BOX 9001951 LOUISVILLE, KY 40290-1951 ALLY FINANCIAL P.O. BOX 380901 BLOOMINGTON, MN 55438 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EARTHMOVER CREDIT UNION PO BOX 2937 AURORA, IL 60507 | | | | | |
| | GM FINANCIAL PO BOX 183834 ARLINGTON, TX 76096 SORMAN & FRANKEL, LTD. COUNSELORS AT LAW 180 NORTH LASALLE ST, SUITE 2700 CHICAGO, IL 60601 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IGW FINANCING SOLUTIONS C/O JOSEPH, MANN & CREED 20600 CHAGRIN BLVD., SUITE 50 SHAKER HEIGHTS, OH 44122-5340 JOSEPH, MANN & CREED PO BOX 22253 BEACHWOOD, OH 44122-0253 | | | | | |
| | MCM DEPT 12421 PO BOX 603 OAKS, PA 19456 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PERSONAL FINANCE COMPANY LLC 1165 OAK ST., #5 NORTH AURORA, IL 60542 | | | | | |
| | T-MOBILE C/O MIDLAND CREDIT MANAGEMENT, INC. PO BOX 792 FORT MILL, SC 29716-0792 T-MOBILE C/O MIDLAND CREDIT MANAGEMENT, INC. FBCS SERVICES 2200 BYBERRY RD., SUITE 120 HATBORO, PA 19040-3738 | | | | | |
| | VISION FINANCE CORP PO BOX 460260 ST. LOUIS, MO 63146-7260 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | AMERICREDIT FINANCIAL SERVICES, INC | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (GENERAL ELE | | | | | |
| 000008 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | EARTHMOVER CREDIT UNION | | | | | |
| 000004A | EARTHMOVER CREDIT UNION | | | | | |
| 000007 | RJM ACQUISITIONS FUNDING LLC | | | | | |
| 000006 | WORLD ACCEPTANCE CORPORATION | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICREDIT FINANCIAL SERVICES, INC | | | | | |
| | ATLAS ACQUISITIONS LLC (GENERAL ELE | | | | | |
| | CAPITAL RECOVERY V, LLC | | | | | |
| | EARTHMOVER CREDIT UNION | | | | | |
| | EARTHMOVER CREDIT UNION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RJM ACQUISITIONS FUNDING LLC | | | | | |
| | WORLD ACCEPTANCE CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-20585 BL Judge: Bruce W. Black | |
| Case Name: | THACKER, CAROLYN ELAINE | |
| For Period Ending: | 06/04/14 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 05/15/13 (f) |
| 341(a) Meeting Date: | 06/17/13 |
| Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 115 Colnial Parkway, Yorkville | 54,900.00 | 0.00 | | 0.00 | FA |
| 2. Checking Chase Bank | 2,284.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,050.00 | 0.00 | | 0.00 | FA |
| 4. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 5. 2004 Buick Park Avenue | 3,400.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Pontiac G6 | 11,016.00 | 0.00 | | 0.00 | FA |
| 7. Late Husband's Retirement Account | 5,046.28 | 0.00 | | 0.00 | FA |
| 8. Inheirtance from parents (u) | 190,000.00 | 71,000.00 | | 190,000.00 | FA |
| The inheritance of $190,000 was received at the end of October 2013. The end of the reporting period was September 30, 2013. There will be a susbtantial surplus returned to the debtor after all claims and adminsitrative expenses are paid. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $268,896.28 | $71,000.00 | | $190,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee wil recieve an inheritance from the debtor, whcih will pay all claims.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1    Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-20585 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | THACKER, CAROLYN ELAINE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0234  Checking Account |
| Taxpayer ID No: | *******4034 | | | |
| For Period Ending: | 06/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/13 | 8 | Grundy Bank | Payment of inheritance | 1129-000 | 190,000.00 | | 190,000.00 |
| 01/15/14 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 6,859.06 | 183,140.94 |
| 01/15/14 | 001002 | Earthmover Credit Union<br>c/o Joseph R. Voiland<br>1625 Wing Rd.<br>Yorkville, IL 60560 | Claim 000004A, Payment 100.07896% | | | 46,880.89 | 136,260.05 |
| | | | Claim    46,843.90 | 7100-000 | | | |
| | | | Interest    36.99 | 7990-000 | | | |
| 01/15/14 | 001003 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000001, Payment 100.07875% | | | 2,020.68 | 134,239.37 |
| | | | Claim    2,019.09 | 7100-000 | | | |
| | | | Interest    1.59 | 7990-000 | | | |
| 01/15/14 | 001004 | Atlas Acquisitions LLC (General Electric Capit)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 100.08014% | | | 174.83 | 134,064.54 |
| | | | Claim    174.69 | 7100-000 | | | |
| | | | Interest    0.14 | 7990-000 | | | |
| 01/15/14 | 001005 | EARTHMOVER CREDIT UNION<br>Joseph R. Voiland<br>1625 Wing Road<br>Yorkville, IL 60560 | Claim 000003, Payment 100.07883% | | | 482.41 | 133,582.13 |
| | | | Claim    482.03 | 7100-000 | | | |
| | | | Interest    0.38 | 7990-000 | | | |
| | | | Page Subtotals | | 190,000.00 | 56,417.87 | |

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-20585 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | THACKER, CAROLYN ELAINE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0234 Checking Account |
| Taxpayer ID No: | *******4034 | | | |
| For Period Ending: | 06/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/15/14 | 001006 | AmeriCredit Financial Services, Inc. dba GM Financial PO Box 183853 Arlington, Texas 76096 | Claim 000005, Payment 100.07896% | | | 12,801.69 | 120,780.44 |
| | | | Claim 12,791.59 | 7100-000 | | | |
| | | | Interest 10.10 | 7990-000 | | | |
| 01/15/14 | 001007 | WORLD ACCEPTANCE CORPORATION 1591 SYCAMORE RD. YORKVILLE, IL 60560 | Claim 000006, Payment 100.07922% | | | 1,718.05 | 119,062.39 |
| | | | Claim 1,716.69 | 7100-000 | | | |
| | | | Interest 1.36 | 7990-000 | | | |
| 01/15/14 | 001008 | Rjm Acquisitions Funding Llc 575 Underhill Blvd, Suite 224 Syosset, NY 11791 | Claim 000007, Payment 100.08086% | | | 74.26 | 118,988.13 |
| | | | Claim 74.20 | 7100-000 | | | |
| | | | Interest 0.06 | 7990-000 | | | |
| 01/15/14 | 001009 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000008, Payment 100.07874% | | | 1,169.26 | 117,818.87 |
| | | | Claim 1,168.34 | 7100-000 | | | |
| | | | Interest 0.92 | 7990-000 | | | |
| 01/15/14 | 001010 | CAROLYN ELAINE THACKER 115 COLONIAL PARKWAY UNIT B YORKVILLE, IL 60560 | Surplus Funds | 8200-002 | | 117,818.87 | 0.00 |

Page Subtotals 0.00 133,582.13

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-20585 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | THACKER, CAROLYN ELAINE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0234 Checking Account |
| Taxpayer ID No: | *******4034 | | | |
| For Period Ending: | 06/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 190,000.00 | 190,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 190,000.00 | 190,000.00 | |
| | Less: Payments to Debtors | | 117,818.87 | |
| | Net | 190,000.00 | 72,181.13 | |
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - ********0234 | | 190,000.00 | 72,181.13 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 190,000.00 | 72,181.13 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*